IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OSCAR SALOMON,

    Petitioner,

v.                                                                                          CIV 07-0740 BB/KBM

STANLEY MOYA, Warden, et al.,

    Respondents.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on October 26, 2007.  *Doc. 11.*  The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED THAT:

1.  The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 11)* is ADOPTED;

2. Respondents' Motion to Dismiss *(Doc. 10)* is GRANTED;

3. The § 2254 petition is dismissed with prejudice; and

4. A final order enter concurrently herewith.

*/s/ Bruce D. Black*
UNITED STATES DISTRICT JUDGE